UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A&G COAL CORPORATION and
MEG-LYNN LAND COMPANY, INC.

       Petitioners

    v.

INTEGRITY COAL SALES, INC.

       Respondent

---

Case No. _____

NOTICE OF PETITION FOR JUDGMENT VACATING OR MODIFYING ARBITRATION AWARD

  **PLEASE TAKE NOTICE** that, upon the Petition for Judgment Vacating or Modifying Arbitration Award, Petitioners A&G Coal Corporation and Meg-Lynn Land Company, Inc. (collectively, "Petitioners") petition the Court under 9 U.S.C. §§ 10-11 and as otherwise permitted by law for an order vacating or modifying the Partial Final Award dated May 29, 2012 ("Award") in the arbitration between Petitioners and Integrity Coal Sales, Inc. ("Respondent") in the arbitration identified as JAMS Ref. #1425004474, and for such other and further relief as this Court may deem appropriate.

Dated: New York, New York
   July 7, 2012

            Respectfully submitted,

            MEG-LYNN LAND COMPANY, INC. and
            A&G COAL CORPORATION

            By: _____
            Rishi Bhandari
            MANDEL BHANDARI LLP
            11 Broadway, Suite 615
            New York, NY 10004
            (212) 269-5600
            (646) 964-6667 (fax)

            *Attorneys for Petitioners A&G Coal Corporation and Meg-Lynn Land Company, Inc.*