UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A&G COAL CORPORATION and MEG-LYNN LAND COMPANY, INC.

        Petitioners,

v.

INTEGRITY COAL SALES, INC.,

        Respondent.

---

12 CV 5293

Case No. _____

DECLARATION OF RISHI BHANDARI

JUDGE CARTER

**RISHI BHANDARI** declares under penalty of perjury that the following is true and correct:

1. I am a member of Mandel Bhandari LLP, attorneys for Plaintiffs A&G Coal Corporation and Meg-Lynn Land Company, Inc. (collectively, "A&G"). I submit this declaration in support of A&G's petition for judgment vacating or modifying the arbitration award. I have knowledge of the facts of this case as a result of my observations.

2. Attached to this Declaration are true and correct copies of the following documents:

| Exhibit | Document |
|---------|----------|
| A | Award, dated May 29, 2012, in JAMS #1425004474 |
| B | Purchase order 10774 ("2007 Contract"). |
| C | Purchase order 10906 ("2008 Contract") |

Dated: New York, New York
      July 9, 2012

_____
Rishi Bhandari