# EXHIBIT G

## Statement of Monetary Damages - as of 9/18/09

| Month | Tonnage Not Received > | Price | Replacement Price | Price Differential | Monetary Damages | Purchase Order No. | Producer |
|---|---|---|---|---|---|---|---|
| Feb-08 | 9500.00 | $64.00 | $105.00 | $41.00 | $389,500.00 | 11032 | Wellmore |
| Mar-08 | 9500.00 | $64.00 | $130.00 | $66.00 | $627,000.00 | 11033 | Alliance |
| Apr-08 | 9500.00 | $64.00 | $135.00 | $71.00 | $674,500.00 | 11061 | Next Gen |
| May-08 | 9500.00 | $64.00 | $170.00 | $106.00 | $1,007,000.00 | 11081 | Alliance |
| Jun-08 | 6400.00 | $64.00 | $170.00 | $106.00 | $678,400.00 | 11081 | Alliance |
| Jul-08 | 9500.00 | $64.00 | $190.00 | $126.00 | $1,197,000.00 | 11116 | Alliance |
| Aug-08 | 9500.00 | $64.00 | $220.00 | $156.00 | $1,482,000.00 | 11126 | BlackGold |
| Sep-08 | 9500.00 | $64.00 | $250.00 | $186.00 | $1,209,000.00 | 11145 | Alliance |
| Oct-08 | 6500.00 | $64.00 | $190.00 | $126.00 | $819,000.00 | 11157 | Appalachian Fuels |
| Nov-08 | 9500.00 | $64.00 | $190.00 | $126.00 | $1,197,000.00 | 11157 | Appalachian Fuels |
| Dec-08 | 6500.00 | $64.00 | $190.00 | $126.00 | $819,000.00 | 11157 | Appalachian Fuels |
| Jan-09 | 9500.00 | $64.00 | $89.00 | $25.00 | $237,500.00 | 11181 | Imagin Natural Resources |
| Feb-09 | 9500.00 | $64.00 | $89.00 | $25.00 | $237,500.00 | 11181 | Imagin Natural Resources |
| Mar-09 | 9500.00 | $64.00 | $89.00 | $25.00 | $237,500.00 | 11181 | Imagin Natural Resources |
| Apr-09 | 9500.00 | $64.00 | $75.00 | $11.00 | $104,500.00 | 11187 | Next Gen |
| May-09 | 9500.00 | $64.00 | $74.00 | $10.00 | $95,000.00 | 11189 | Imagin Natural Resources |
| Jun-09 | 9500.00 | $64.00 | $73.00 | $9.00 | $85,500.00 | 11081 Amendment 1 | Alliance |
| Jul-09 | 9500.00 | $64.00 | $72.00 | $8.00 | $76,000.00 | 11081 Amendment 2 | Alliance |
| Aug-09 | 9500.00 | $64.00 | $72.00 | $8.00 | $76,000.00 | 11081 Amendment 3 | Alliance |
| Sep-09 | 9500.00 | $64.00 | $72.00 | $8.00 | $76,000.00 | 11081 Amendment 4 | Alliance |
| Oct-09 | 3280.45 | $64.00 | $72.00 | $8.00 | $26,243.60 | 11081 Amendment 5 | Alliance |
| Totals | 181,180.45 | | | | $11,405,643.60 | | |

EXHIBIT G