Philip A. Goldstein, Esq.
pagoldstein@mcguirewoods.com
McGuireWoods LLP
1345 Avenue of the Americas, 7th Fl.
New York, New York 10105-0106
(212) 548-2100

*Attorneys for Respondent*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| A&G COAL CORPORATION and MEG-LYN LAND COMPANY, INC., | **ECF Case** |
| | Case No: 12-cv-5293 (ALC)(KNF) |
| Petitioners, | |
| -against- | **AFFIRMATION OF PHILIP A. GOLDSTEIN IN SUPPORT OF RESPONDENTS' MOTION TO ALTER OR AMEND JUDGMENT** |
| INTEGRITY COAL SALES, INC., | |
| Respondent. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Philip A. Goldstein, being of full age, declares:

1. I am Counsel with the law firm McGuireWoods LLP.

2. I, along with Thomas M. Farrell and Taurean M. Brown, represent Respondents and Cross-Petitioners Integrity Coal Sales, Inc. ("Integrity") in the above-referenced matter. As counsel for Integrity, I submit this affirmation in support of its Motion to Alter or Amend Judgment, based on my personal knowledge of matters that have taken place in the course of this litigation and upon a review of the relevant documents.

3. Attached hereto as Exhibit A is a true and correct copy of the Opinion and Order in the above-referenced matter, dated May 21, 2013.

4. Attached hereto as Exhibit B is a true and correct copy of the Judgment in the above-referenced matter, dated May 31, 2013.

5.      Attached hereto as Exhibit C is the Amended Judgment proposed by Integrity. A free-standing copy of the Amended Judgment proposed by Integrity also accompanies this Affirmation.

Executed on June 10, 2013. I have read the above statement and agree upon penalty of perjury under the laws of the United States of America that it is true and correct to the best of my knowledge.

_____
Philip A. Goldstein

48578225_1