```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

A&G COAL CORPORATION and
MEG-LYN LAND COMPANY, INC.,

            Petitioners,

-against-

INTEGRITY COAL SALES, INC.,

           Respondent.

-------------------------------------------------------------- x

**ECF Case**

12-CV 5293 (ALC)

**AMENDED JUDGMENT**

#13,1308

    Petitioners A&G Coal Corporation and Meg-Lynn Land Company, Inc., having moved to vacate an arbitration award (the "Arbitration Award") against Respondent Integrity Coal Sales, Inc.; Respondent having opposed Petitioners' motion and having cross-petitioned to confirm the Award in their favor, and the matter having been brought before the Honorable Andrew L. Carter, Jr., United States District Judge, and the Court, on May 21, 2013, having issued its Opinion and Order granting the cross-petition to confirm the Arbitration Award, and denying the petition to vacate the Arbitration Award, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 21, 2013, the cross-petition to confirm the Arbitration Award is Granted, and the petition to vacate the Arbitration Award is Denied. Respondents shall have judgment against A&G Coal Corporation and Meg-Lyn Land Company, Inc. in the amount of $21,074,300.30, together with post-judgment interest at the federal rate pursuant to 28 U.S.C. § 1961 on the balance of the total judgment from and including May 31, 2013, until the date that the amount of this Amended Judgment is paid in full.

**Dated:** New York, New York
        June 11, 2013

                                  Ruby J. Krajick
                                  Clerk of Court
                        By:
                                  Deputy Clerk

48578248_1

                                  THIS DOCUMENT WAS ENTERED
                                  ON THE DOCKET ON _____